**Order entered March 19, 2015**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01384-CV

### IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

The reporter's record in this case is overdue.  By postcard dated December 2, 2014, we notified the official court reporter for the 256th Judicial District Court that the reporter's record was overdue.  We directed the court reporter to file the record within thirty days.  To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Glenda Johnson to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested the record. *We notify appellant that if we receive verification she has not requested the reporter's record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

/s/     CAROLYN WRIGHT
CHIEF JUSTICE